UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Loveseth,<br><br>      Plaintiff,<br><br>vs.<br><br>Alliance One, Inc,<br><br>      Defendants. | Case No.: 3:10-cv-04848-SI<br><br>**[PROPOSED] ORDER RE-JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE** |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice, each party to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: 2/28/11

_____
HON. SUSAN ILLSTON
U.S. DISTRICT JUDGE

[PROPOSED] ORDER RE- JOINT STIPULATION FOR DISMISSAL      3:10-cv-04848-SI